# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JEBRENNA MCDANIEL, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO: |
| | ) | |
| JUDICIAL CORRECTION SERVICES, INC. | ) | CV-12-P-2151-S |
| | ) | |
| DEFENDANT. | ) | JURY DEMAND |

### PLAINTIFF'S VOLUNTARY DISMISSAL

Comes Now Plaintiff, Jebrenna McDaniel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby dismisses her Complaint. No Answer or responsive pleading has been filed by Defendant.

Stipulated to this on the 5th day of July, 2012.

_____
Jon C. Goldfarb asb-5401-f58j
Daniel E. Arciniegas asb-7809-d67a
Will Smith asb-8660-a61s
Counsel for Plaintiff

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS & QUINN LLC
301 19th Street North
Birmingham, Alabama 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500